HARRY A. DURSO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 41154.) GABRIELLI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.